United States District Court
Southern District of Texas
**ENTERED**
July 02, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLUWADAMILOLA OLUFUNSHO OJO, # A–XXXXX1525, | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. H-26-3581 |
| DEPARTMENT OF HOMELAND SECURITY, | § | |
| *Defendant.* | § | |

## ORDER

Oluwadamilola Olufunsho Ojo, # A–XXXXX1525, is a non-citizen Department of Homeland Security detainee awaiting deportation to Nigeria. Proceeding *pro se* and submitting a $5.00 filing fee, he filed a pleading using a form for seeking habeas relief under 28 U.S.C. § 2241. In the pleading, Ojo sues the Department of Homeland Security for mental and emotional damages caused by his name appearing in the Department of Homeland Security's online "Arrested: Worst of the Worst" database, a listing of non-citizens and their crimes who have been detained for deportation. Ojo attached a copy of his listing on the database, which shows his name, his location of arrest in Conroe, Texas, and his "Crimes: Aggravated Assault - Family-Strongarm, Assault."[1]

---

[1]Ojo's multiple Harris County arrests and criminal charges are a matter of public record. *See* https://www.hcdistrictclerk.com/Edocs/Public/CaseDetails.aspx?Get=sH07hWDxXils6NPagWc1vh6RTaUPZ0ZKuOZNNOg2F4OSnnIph1u7XTxMP5OW3jhrePwehUwjaXTdqtN30469yYpGuCosVcgtekXR7PWDB4OKp%2fRt%2fUQLWLN+W6%2fel10Juq3qyNvcGQ1z9xynVFpZLYKLIyBd7cSfmRw31QnEanb8dgHdym+mYw%3d%3d (last visited on May 20, 2026).

Ojo's pleading does not raise any claims that can be construed as seeking habeas relief under § 2241. Given a liberal construction, the pleading raises claims that are civil in nature. Consequently, the Court **ORDERS** as follows:

1. Ojo's habeas petition (Docket Entry No. 1) is **ORDERED STRICKEN FROM THE RECORD**.

2. Should Ojo intend to pursue his claims against the Department of Homeland Security for the inclusion of his information on the online database, he must file a civil complaint within **THIRTY DAYS** from date of this order, setting forth his claims on the preprinted civil complaint form for use by *pro se* litigants. Ojo must include the instant case number on the complaint form to avoid improper duplication of his lawsuit and filing fee obligations. Ojo must set forth factual allegations establishing that this Court has jurisdiction over his claims and that it is a court of proper venue.

3. The filing fee for Ojo's civil complaint is $405.00. Because he has already paid $5.00 towards the filing fee, he is **ORDERED** to pay the remaining $400.00 filing fee within **THIRTY DAYS** from date of this order. If Ojo is unable to pay the $400.00 filing fee, he must submit an application to proceed *in forma pauperis* with a copy of his current detainee trust account statement within **THIRTY DAYS** from date of this order.

4. Ojo's failure to comply timely and fully with any provision in this order will result in dismissal of this lawsuit without further notice.

5. The Clerk of Court is **INSTRUCTED** to mail a copy of the standardized preprinted civil complaint form to Ojo at his address of record.

Signed at Houston, Texas, on this the 24th day of June, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE