United States District Court
Southern District of Texas
**ENTERED**
August 14, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLUWADAMILOLA OLUFUNSHO OJO, # A–XXXXX1525, | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. H-26-3581 |
| DEPARTMENT OF HOMELAND SECURITY, | § | |
| *Defendant.* | § | |

**ORDER OF DISMISSAL**

Oluwadamilola Olufunsho Ojo, # A–XXXXX1525, is a non-citizen Department of Homeland Security detainee awaiting deportation to Nigeria. Proceeding *pro se* and submitting a $5.00 filing fee, he filed a pleading using a form for seeking habeas relief under 28 U.S.C. § 2241. In the pleading, Ojo sued the Department of Homeland Security for mental and emotional damages caused by his name appearing in the Department of Homeland Security's online "Arrested: Worst of the Worst" database, a listing of non-citizens and their crimes who have been detained for deportation. Ojo attached a copy of his listing on the database, which shows his name, his location of arrest in Conroe, Texas, and his "Crimes: Aggravated Assault - Family-Strongarm, Assault."

Ojo's pleading did not raise any claims that could be construed as seeking habeas relief under § 2241, and the Court struck the habeas petition on June 26, 2026.[1] It ordered Ojo on that same date to file his claims on the preprinted complaint form for *pro se* civil litigants and to pay the remaining $400.00 balance of the filing fee or file an application to proceed *in forma pauperis*. The Court warned plaintiff that if he failed to comply with the order within thirty days, his lawsuit would be dismissed without prejudice.

Despite expiration of a reasonable period of time of approximately fifty days, plaintiff has failed to comply with the Court's order or request additional time to comply with the order.

This lawsuit is **DISMISSED WITHOUT PREJUDICE** for non-payment of the filing fee. Any and all pending motions are **DISMISSED AS MOOT**.

Signed at Houston, Texas, on this the 13th day of August, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

[1] Ojo's habeas lawsuit challenging his pre-deportation confinement remains pending in *Olufunsho v. Noem*, C.A. No. H-26-1303 (S.D. Tex.).